R-10077513
4,894.85

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
MAY 12 2008
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

| In re: | ❦ | Case No. 02-10987-FRM |
|---|---|---|
| CORAZA HOLDING CORPORATION | ❦ | |
| | ❦ | Chapter 7 |
| | ❦ | |
| | ❦ | |
| Debtor (s) | ❦ | **DEPOSIT OF** |
| | ❦ | **SMALL/UNCLAIMED DIVIDENDS** |

The undersigned trustee reports:

\_\_\_\_ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

**X** Less than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" has been returned via the creditor's attorney as undeliverable.

Therefore, pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 USC 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 USC 2041, et seq).

Dated: May 7, 2008

Ronald E. Ingalls
Chapter 7 Trustee
PO Box 684903
Austin, TX 78768-4903

### CERTIFICATE OF REVIEW

I have reviewed the trustee's Deposit of Small/Unclaimed Dividends.

UNITED STATES TRUSTEE

Dated: May 12, 2008        by: Catherine Singhal
                                Paralegal Specialist

# EXHIBIT "A"

PLEASE CHECK ONE:

\_\_\_        Small Dividends

_X_        Unclaimed Dividends

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| BBT | B&B TRUCKING CO. OF GRANVILLE, INC.<br>c/o John Alvis<br>111 Congress Avenue 4th Fl<br>Austin, TX 78701 | $4,894.85 | $4,894.85 |