FILED APR 0 1 2009
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: § Case No. 02-10987-FRM
CORAZA HOLDING CORPORATION §
§ Chapter 7
§
§
Debtor (s) § **DEPOSIT OF**
§ **SMALL/UNCLAIMED DIVIDENDS**

---

The undersigned trustee reports:

\_\_\_\_ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

**X** More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Therefore, pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 USC 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 USC 2041 et seq).

Dated: March 20, 2009

Ronald E. Ingalls
Chapter 7 Trustee
PO Box 249
Waymart, PA 18472-0249

## CERTIFICATE OF REVIEW

I have reviewed the trustee's Deposit of Small/Unclaimed Dividends.

UNITED STATES TRUSTEE

Dated: 3/21/09      by: Catherine Sophive
                         Paralegal Specialist

# EXHIBIT "A"

PLEASE CHECK ONE:

\_\_\_   Small Dividends

_X_   Unclaimed Dividends

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 85 | Kalender, Sadeta<br>34 Aspen Dr Apt E<br>Greensboro, NC 27409 | $724.50 | $415.49 |
| 86 | Kalender, Omer<br>34 Aspen Dr Apt E<br>Greensboro, NC 27409 | $707.97 | $406.02 |
| 101 | Brame, Julie<br>2662 Valleyspring Rd<br>Kernersville, NC 27284 | $527.77 | $302.68 |
| 71 | Morrison, Chasity<br>223 W Edison Dr<br>Statesville, NC 28625 | $564.90 | $323.98 |
|  |  | Total | $1,448.17 |